UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12CR3416-IEG |
| Plaintiff, ) | |
| v. ) | JUDGMENT AND ORDER |
| EDWIN FERNANDO MARTINEZ, ) | |
| Defendant. ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed in the interests of justice and without prejudice against Defendant EDWIN FERNANDO MARTINEZ. Defendant shall be released from criminal custody in this case.

**DATED: October 17, 2012**

**IRMA E. GONZALEZ
United States District Judge**